UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ROBERT ESCOBEDO,** | § | |
| *Plaintiff* | § § § | |
| v. | § § | **CIVIL NO. A-18-CV-00877-SH** |
| **ANDREW APPLETON AND XPO EXPRESS, INC.,** | § § § § | |
| *Defendants* | § § | |

## ORDER

The parties, or counsel acting on their behalf, are **ORDERED** to appear before the Court by telephone for a status conference on **Monday, July 6, 2020 at 3:00 p.m.**

The parties will receive instructions for the call from the undersigned's courtroom deputy, Mr. James Ferrell, at James_Ferrell@txwd.uscourts.gov.

**SIGNED** on July 6, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE