## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **ROBERT ESCOBEDO,** | § § § | |
| *Plaintiff* | § § | |
| v. | § § | CIVIL NO. A-18-CV-00877-SH |
| **ANDREW APPLETON AND XPO EXPRESS, INC.,** | § § § § | |
| *Defendants* | § | |

### FINAL JUDGMENT

Before this Court is the Parties' Motion for Dismissal, filed June 9, 2021 (Dkt. 57). The Parties have notified the Court that they have settled all matters in this lawsuit. Accordingly, the Court **HEREBY GRANTS** the Motion for Dismissal (Dkt. 57) and **DISMISSES** all claims in this lawsuit with prejudice. All costs are taxed against the party incurring same. The Court **FURTHER ORDERS** that all court settings are cancelled, any pending motions are **DISMISSED** as moot, and that the Clerk of Court **CLOSE** this case.

**SIGNED** on June 10, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE